**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1310**

_____

KHAI BUI,

          Plaintiff - Appellant,

    v.

SEFTON SMYTH; ABDUL ALSHAER,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-01224-CMH-WEF)

_____

Submitted:  August 27, 2024                                    Decided:  August 29, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Khai Bui, Appellant Pro Se.  David John Gogal, Ian Joseph McElhaney, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khai Bui appeals the district court's order granting Defendants' motions to dismiss Bui's civil action, as well as the court's orders denying Bui's Fed. R. Civ. P. 60(b) motion and granting in part and denying in part Defendant Alshaer's motion for sanctions. We have reviewed the record in conjunction with the assignments of error Bui raises on appeal, *see* 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."), and discern no reversible error. Accordingly, we affirm the district court's orders. *Bui v. Smyth*, No. 1:23-cv-01224-CMH-WEF (E.D. Va. Jan. 9, 2024; Mar. 12, 2024). However, because a dismissal for lack of jurisdiction must be without prejudice, *see S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013), we affirm the January 9, 2024, dismissal order as modified to reflect that the dismissal is without prejudice, *see* 28 U.S.C. § 2106. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*